UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
BONITA L BILLA                      §    Case No. 15-32540
                                    §
        Debtor                      §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Wednesday, February 8, 2017, in Courtroom 742, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/05/2017            By: /s/ Catherine Steege
                                                Trustee

*CATHERINE STEEGE*
*JENNER & BLOCK*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
        §
        §
BONITA L BILLA  §   Case No. 15-32540
        §
   Debtor   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 31,064.20 |
| and approved disbursements of | $ 417.59 |
| leaving a balance on hand of[1] | $ 30,646.61 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: CATHERINE STEEGE | $ 3,856.42 | $ 0.00 | $ 3,856.42 |
| Total to be paid for chapter 7 administrative expenses | | | $ 3,856.42 |
| Remaining Balance | | | $ 26,790.19 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 886.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | SYNCHRONY BANK | $ 886.35 | $ 0.00 | $ 886.35 |
| | Total to be paid to timely general unsecured creditors | | | $ 886.35 |
| | Remaining Balance | | | $ 25,903.84 |

Tardily filed claims of general (unsecured) creditors totaling $ 27,769.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 93.3 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | CHASE SLATE | $ 7,610.00 | $ 0.00 | $ 7,098.86 |
| 3 | CHASE SLATE | $ 4,134.00 | $ 0.00 | $ 3,856.33 |
| 4 | SAM'S CLUB MC/SYNCB | $ 5,305.00 | $ 0.00 | $ 4,948.68 |
| 5 | CITI | $ 3,850.00 | $ 0.00 | $ 3,591.41 |
| 6 | CASE FREEDOM | $ 6,870.00 | $ 0.00 | $ 6,408.56 |
| | Total to be paid to tardy general unsecured creditors | | | $ 25,903.84 |
| | Remaining Balance | | | $ 0.00 |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/ Catherine Steege
                                 Trustee

*CATHERINE STEEGE*
*JENNER & BLOCK*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BONITA L. BILLA, | ) | Case No. 15-32540 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

### **CERTIFICATE OF SERVICE**

I, Catherine Steege, an attorney, certify that on January 5, 2017, I served the foregoing **Notice of Trustee's Final Report and Applications and Deadline to Object (NFR)** upon all counsel of record via e-mail through the Court's ECF notification system and to the parties on the attached Service List by First Class U.S. Mail on January 5, 2017.

                                                       /s/ *Catherine Steege*
                                                         Catherine Steege

## **SERVICE LIST**
In re Billa
15-32540

Office of the United States Trustee
Suite 800
219 S. Dearborn Street
Chicago, IL  60604

Synchrony Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL  33131-1605

Chase Freedom
PO Box 15123
Wilmington, DE  19850-5123

Chase Slate
PO Box 15153
Wilmington, DE  19886-5153

Citi
PO Box 6500
Sioux Falls, SD  57117

Sam's Club MC/SYNCB
PO Box 960013
Orlando, FL  32896-0013

George I. Sarolas
7234 W. North Ave.
Suite 210
Elmwood Park, IL 60707

Bonita L Billa
3127 Elm Street
Apt. 3 South
River Grove, IL 60171