# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BONITA L BILLA | § | Case No. 15-32540 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 6,853.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 26,790.19 | Claims Discharged Without Payment: 30,600.16 |
| Total Expenses of Administration: 4,274.01 | |

3) Total gross receipts of $ 31,064.20  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 31,064.20  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,274.01 | 4,274.01 | 4,274.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 56,504.00 | 886.35 | 28,655.35 | 26,790.19 |
| **TOTAL DISBURSEMENTS** | $ 56,504.00 | $ 5,160.36 | $ 32,929.36 | $ 31,064.20 |

4) This case was originally filed under chapter 7 on 09/24/2015 . The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/09/2017      By:/s/CATHERINE STEEGE
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Met Life Insurance Company Whole Life Metlife Insurance Co. | 1129-000 | 3,322.34 |
| Inheritance/Death of Debtor's Mother | 1290-000 | 27,741.86 |
| **TOTAL GROSS RECEIPTS** | | **$31,064.20** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE | 2100-000 | NA | 3,856.42 | 3,856.42 | 3,856.42 |
| Associated Bank | 2600-000 | NA | 417.59 | 417.59 | 417.59 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,274.01 | $ 4,274.01 | $ 4,274.01 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Care Credit / Synchrony Bank P.O. Box 960061 Orlando, FL 32896-0061 |  | 966.00 | NA | NA | 0.00 |
|  | Chase Freedom P.O. Box 15123 Wilmington, DE 19850-5123 |  | 6,870.00 | NA | NA | 0.00 |
|  | Chase Slate P.O. Box 15153 Wilmington, DE 19886-5153 |  | 7,610.00 | NA | NA | 0.00 |
|  | Chase Slate P.O. Box 15153 Wilmington, DE 19886-5153 |  | 4,134.00 | NA | NA | 0.00 |
|  | Citi P.O. Box 6500 Sioux Falls, SD 57117 |  | 3,850.00 | NA | NA | 0.00 |
|  | Sam's Club MC/SYNCB P.O. Box 960013 Orlando, FL 32896-0013 |  | 5,305.00 | NA | NA | 0.00 |
| 1 | SYNCHRONY BANK | 7100-000 | NA | 886.35 | 886.35 | 886.35 |
| 6 | CASE FREEDOM | 7200-000 | 6,870.00 | 0.00 | 6,870.00 | 6,408.56 |
| 2 | CHASE SLATE | 7200-000 | 7,610.00 | 0.00 | 7,610.00 | 7,098.86 |
| 3 | CHASE SLATE | 7200-000 | 4,134.00 | 0.00 | 4,134.00 | 3,856.33 |
| 5 | CITI | 7200-000 | 3,850.00 | 0.00 | 3,850.00 | 3,591.41 |
| 4 | SAM'S CLUB MC/SYNCB | 7200-000 | 5,305.00 | 0.00 | 5,305.00 | 4,948.68 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 56,504.00 | $ 886.35 | $ 28,655.35 | $ 26,790.19 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 15-32540 | CAD | Judge: | Carol A. Doyle | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|---|---|
| Case Name: | BONITA L BILLA | | | | Date Filed (f) or Converted (c): | 09/24/2015 (f) |
| | | | | | 341(a) Meeting Date: | 11/12/2015 |
| For Period Ending: | 03/09/2017 | | | | Claims Bar Date: | 05/25/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Chase Bank Debtor's Residence | 200.00 | 0.00 | | 0.00 | FA |
| 2. Second Checking - Chase Account Owned Jointly With Debtor's | 17.00 | 0.00 | | 0.00 | FA |
| 3. Savings Account - Chase Bank - Owned Jointly With Son Debtor | 36.00 | 0.00 | | 0.00 | FA |
| 4. Old Crt Tv; Flat Screen Tv; Couches, Dining Room Set With Bu | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Woman's Day-To-Day Clothing Debtor's Residence | 500.00 | 0.00 | | 0.00 | FA |
| 6. 2 Men's 14Ct Gold Rings, 1 Platinum Diamond Ring. Debtor's R | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Met Life Insurance Company Whole Life Metlife Insurance Co. | 11,423.00 | 3,322.34 | | 3,322.34 | FA |
| 8. 2004 Buick Lasabre Debtor's Residence | 4,100.00 | 0.00 | | 0.00 | FA |
| 9. Inheritance/Death of Debtor's Mother (u) | Unknown | 50,000.00 | | 27,741.86 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $18,276.00     $53,322.34     $31,064.20     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Mother's Probate estate is still open; value of asset 9 is unknown - depends on sale of a house

Claims Bar Date (5-25-16)
Collection of Inheritance


Initial Projected Date of Final Report (TFR): 07/30/2017     Current Projected Date of Final Report (TFR): 07/30/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-32540 | Trustee Name: CATHERINE STEEGE |
| Case Name: BONITA L BILLA | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX7762 |
| | Checking |
| Taxpayer ID No: XX-XXX3474 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/09/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/23/16 | 7 | MetLife<br>JPMorgan Chase Bank, N.A.<br>6040 Tarbell Road<br>Syracuse, NY 13206 | Inheritance/Death of Debtor's Mother | 1129-000 | $3,322.34 | | $3,322.34 |
| 02/23/16 | 9 | Bank of America Cashier's Check<br>San Antonio, TX | Inheritance/Death of Debtor's Mother | 1290-000 | $27,711.02 | | $31,033.36 |
| 02/23/16 | 9 | Bank of America Cashier's Check<br>San Antonio, TX | Inheritance/Death of Debtor's Mother | 1290-000 | $30.84 | | $31,064.20 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.43 | $31,053.77 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.16 | $31,007.61 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.61 | $30,963.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.03 | $30,916.97 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.48 | $30,872.49 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.90 | $30,826.59 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.83 | $30,780.76 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.29 | $30,736.47 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.70 | $30,690.77 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.16 | $30,646.61 |
| | | | Page Subtotals: | | $31,064.20 | $417.59 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-32540 | Trustee Name: CATHERINE STEEGE |
| Case Name: BONITA L BILLA | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX7762 |
| | Checking |
| Taxpayer ID No: XX-XXX3474 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/09/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/09/17 | 101 | TRUSTEE CATHERINE STEEGE<br>JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | FINAL DISTRIBUTION | 2100-000 | | $3,856.42 | $26,790.19 |
| 02/09/17 | 102 | SYNCHRONY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI FL 33131-1605 | FINAL DISTRIBUTION | 7100-000 | | $886.35 | $25,903.84 |
| 02/09/17 | 103 | CHASE SLATE<br>PO BOX 15153<br>WILMINGTON, DE 19886-5153 | FINAL DISTRIBUTION | 7200-000 | | $7,098.86 | $18,804.98 |
| 02/09/17 | 104 | CHASE SLATE<br>PO BOX 15153<br>WILMINGTON, DE 19886-5153 | FINAL DISTRIBUTION | 7200-000 | | $3,856.33 | $14,948.65 |
| 02/09/17 | 105 | SAM'S CLUB MC/SYNCB<br>PO BOX 960013<br>ORLANDO, FL 32896-0013 | FINAL DISTRIBUTION | 7200-000 | | $4,948.68 | $9,999.97 |
| 02/09/17 | 106 | CITI<br>PO BOX 6500<br>SIOUX FALLS, SD 57117 | FINAL DISTRIBUTION | 7200-000 | | $3,591.41 | $6,408.56 |
| 02/09/17 | 107 | CHASE FREEDOM<br>PO BOX 15123<br>WILMINGTON, DE 19850-5123 | FINAL DISTRIBUTION | 7200-000 | | $6,408.56 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $31,064.20 | $31,064.20 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $31,064.20 | $31,064.20 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $31,064.20 | $31,064.20 |

Page Subtotals: $0.00    $30,646.61

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7762 - Checking | $31,064.20 | $31,064.20 | $0.00 |
| | $31,064.20 | $31,064.20 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $31,064.20 |
| Total Gross Receipts: | $31,064.20 |

Page Subtotals:  $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*